IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL LEE BRISCOE,

    Petitioner,               No. 2:10-cv-2473 GGH P

    vs.

GONZALES, Warden,

    Respondent.           ORDER

_____/

        This petition for writ of habeas corpus was dismissed with prejudice on September 24, 2012, and judgment entered accordingly. Petitioner, although having failed altogether to oppose a motion to dismiss on untimeliness grounds, thereafter filed a brief request asking this court if any further action or appeal could be taken, and, if so, the time limit for filing any such appeal. While it is not the function of this court to provide legal advice to petitioner, he is referred to Rule 11(b) of the Rules Governing Section 2254 Cases, which states that Rule 4 of the Federal Rules of Appellate Procedure governs the time to file any appeal of an order, which in turn requires a notice of appeal in a civil case to be filed with the district court clerk within 30 days following entry of judgment. In addition, this court has previously determined that no certificate of appealability will issue in this action. Under Rule 11(b) of the Rules Governing Section 2254 Cases, while petitioner may not appeal the denial, he "may seek a certificate from

1

the court of appeals under Rule 22 of the Federal Rule of Appellate Procedure 22."

Accordingly, IT IS ORDERED that, whether petitioner elects to appeal in this case or not, he must not impose upon this court further with requests regarding his options.

DATED: October 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
bris2473.inf