UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE BRISCOE, | No. 2:10-cv-2473 GGH P |
| Petitioner, | |
| v. | ORDER |
| GONZALES, Warden, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed with prejudice on September 24, 2012, and judgment entered accordingly. Petitioner's filing, entitled "objections to magistrate judge's findings and recommendations," filed on July 11, 2013, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: July 22, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076:Bris2473.158

1